**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**JOSEPH SIANO,**                                               **CASE NO.:  26-60012-CIV-SMITH**

      **Plaintiff,**

**v.**

**TD BANK, N.A., and EQUIFAX**
**INFORMATION SERVICES, LLC,**

      **Defendants,**

_____/

## JOINT MOTION FOR ENTRY OF CONFIDENTIALITY STIPULATION

Plaintiff, JOSEPH SIANO and Defendant, EQUIFAX INFORMATION SERVICES, LLC ("Defendant") (collectively the "Parties") have agreed and jointly request the entry of the attached Confidentiality Stipulation. In support of the Stipulation, the Parties submit the information being sought or already produced by the Parties, or from third parties, includes documents and may include testimony involving the disclosure of certain information of the Parties, which the disclosing or adverse party considers as confidential and/or proprietary information ("Confidential Information").

WHEREFORE, the Parties respectfully request this Joint Motion be granted and the Court issue an Order entering the Confidentiality Stipulation.

Dated: June 1, 2026.

Respectfully Submitted,

| | |
|---|---|
| **DEBT SHIELD LAW** | **SQUIRE PATTON BOGGS (US) LLP** |
| */s/ Kevin Rajabalee, Esq* | *By: /s/ Jason Daniel Joffe, Esq* |
| Fla. Bar. No. 119948 | Jason Daniel Joffe |
| 3440 Hollywood Blvd., Suite 415 | Florida Bar No. 0013564 |
| Hollywood, FL 33021 | 200 S. Biscayne Blvd. Suite 3400 |
| Main: 754-800-5299 | Miami, FL 33131 |
| Direct: 954-667-3096 | Telephone: (305) 577-7000 |
| Fax: 305-503-9457 | Facsimile: (305) 577-7001 |
| kevin@debtshieldlaw,com | Email: jason.joffe@squirepb.com |
| dayami@debtshieldlaw.com | ***Attorney for Defendant Equifax*** |
| service@debtshieldlaw.com | ***Information Services LLC*** |
| ***Attorney for Plaintiff*** | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was electronically filed on June 1, 2026 with the Clerk of Court using CM/ECF along with having served all counsel of record identified on the service list below via transmission of Electronic filing generated by CM/ECF.

*/s/ Kevin Rajabalee, Esq.*
Kevin Rajabalee, Esq.
Fla. Bar. No. 119948