**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**CASE NO: 0:26-cv-60012-SMITH/HUNT**

**JOSEPH SIANO,**

     **Plaintiff,**

**v.**


**TD BANK, N.A., and EQUIFAX**
**INFORMATION SERVICES, LLC.,**

     **Defendants.**

_____/


## JOINT NOTICE OF PROPOSED SETTLEMENT

Plaintiff hereby notifies the Court that Plaintiff, **JOSEPH SIANO** and Defendant, **EQUIFAX INFORMATION SERVICES, LLC.,** have settled this matter in principle. The Parties request thirty days until filing a dismissal because of the time needed to draft the full settlement agreement, confer on any areas of disagreement, and send to their respective clients for review and execution.


Respectfully submitted this on the 15th day of June 2026.


**DEBT SHIELD LAW**

*/s/ Kevin Rajabalee, Esq.*
Kevin Rajabalee
Fla. Bar. No. 119948
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
Main: 754-800-5299
Direct: 954-667-3096
Fax: 305-503-9457
kevin@debtshieldlaw.com
dayami@debtshieldlaw.com
service@debtshieldlaw.com
*Attorney for Plaintiff*

**SEYFARTH SHAW LLP**

*/s/ Paige Vacante, Esq.*
Paige Vacante,
Bar No. 1019135
pvacante@seyfarth.com
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
*Counsel for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**CASE NO: 0:26-cv-60012-SMITH/HUNT**

**JOSEPH SIANO,**

      **Plaintiff,**

**v.**


**TD BANK, N.A., and EQUIFAX**
**INFORMATION SERVICES, LLC.,**

      **Defendants.**

_____/


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 15, 2026, I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                                      ***<u>/s/Kevin Rajabalee</u>***,

                                        Kevin Rajabalee, Esq


All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF.